## CERTIFICATE OF SERVICE

**COURT:** U.S. Bankruptcy Court, Northern District of Illinois   **CASE NUMBER:** 19-22865

**PLAINTIFF:** DuPage Credit Union           **DEFENDANT(S):** CORY DAVIS

**ADDRESS:** 722 FOUR SEASONS BLVD., AURORA, IL. 60504

I, Richard Hunt, certify that service of this Summons In An Adversary Proceeding (19-22865) was made OCTOBER 26, 2019 by:

   X **Personal Service: By leaving the process with the Defendant,**

### CORY DAVIS

___ **Substitute Service:** By leaving the process on the within named Defendant, _____ by leaving a copy of the process at his/her usual place of abode with _____ a person of the family of the age of 13 years or older and informed that person of the content thereof on _____, 2018 and that further a copy of process was mailed in a sealed envelope with postage prepaid addressed to the Defendant, _____ at his/her usual place of abode on _____.

**Description of person served:**   Sex: M   Race: W   Approximate Age: 30

**Place process served:** 1650 PREMIUM OUTLETS BLVD., AURORA, IL. 60506

**Date and time process served:** OCTOBER 26, 2019   8:45am

___ Service of process not completed on the Defendant.

**Reason for Not Served:**

_Richard Hunt_ (signature)

**Richard Hunt**

Signed and sworn before me on this OCTOBER, 28, 2019

**Notary Public:** _Karon M Hunt_ (signature)

"OFFICIAL SEAL"
KARON M HUNT
Notary Public, State of Illinois
My Commission Expires 5/10/2021

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 19-22865
AMRITA PATEL AND CORY DAVIS

Debtor

Adversary Proceeding No. 19-00981
DUPAGE CREDIT UNION

Plaintiff

v.
CORY DAVIS

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To: CORY DAVIS**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Christine M Ryan |
| 400 S. County Farm Road #200 |
| Wheaton, IL 60187 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Kane Courthouse | |
| 100 S 3rd Street | Status Hearing Date and Time |
| Courtroom 240 | 12/13/2019 at 11:00AM |
| Geneva IL 60134 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued 10/21/19

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012