IN THE UNITED STATES BANKRUPTSY COURT
FOR THE NORTHERN DISTRCIT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>AMRITA PATEL and<br>CORY DAVIS<br>　　Debtors & Defendants | NO. 19-22865<br>Chapter 7<br><br>Honorable Judge Jane S. Baer<br><br>Adversary No. 19-00981 |
| DUPAGE CREDIT UNION<br>　　Creditor/Plaintiff,<br><br>v.<br><br>CORY DAVIS,<br>　　Debtor/Defendant. | |

AP C.D.
~~Notice of Filing~~ Answer

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 17 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Your Honor,

My name is Cory Davis and my wife is Amrita Patel. I am responding in reference to the above mentioned case where the plaintiff is alleging that I, Cory Davis falsified said loan when opening it with DuPage Credit Union.

I have enclosed for your reference documentation to prove that I in fact was working when I took out the loan and I was not being dishonorable.

Please review my paystubs and W-2 for the month of February 2019 and March 2019.

At the hearing on December 13, 2019 Christina M. Ryan gave my wife and I her business card and said we should call her to see if we can settle this outside of court. We have tried to call a few times but have not been able to reach her. We are representing ourselves in this matter as we cannot afford an attorney to represent us so we thought we would try to call her.

It is with our hope that you will consider my response.

Thank You,

*[signature]*

Cory Davis
01/17/2020