**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



**CORY S DAVIS**
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period  12/23/2018
to  01/05/2019
with a pay date of  Jan 11, 2019

| EMPLOYEE AND TAX INFO | | Paycor EEID 5028-5666-3340-3 | OTHER INFO | Direct Deposit # 1153125939 |
|---|---|---|---|---|

Employee # 16761
Department # 221360101
SSN: ***-**-8973

FITWH  S 0 + $30.00
IL  M 3

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 36.26 | 855.37 | 36.26 | 855.37 | Dental | 11.30 | 11.30 | FITWH | 100.43 | 100.43 |
| | | | | | | Medical | 46.15 | 46.15 | MED | 11.53 | 11.53 |
| | | | | | | Vision | 2.64 | 2.64 | SOC | 49.31 | 49.31 |
| | | | | | | | | | IL | 26.37 | 26.37 |
| **NET** 607.64 | TOTALS | 36.26 | 855.37 | 36.26 | 855.37 | | 60.09 | 60.09 | | 187.64 | 187.64 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

CHESTNUT LAND COMPANY
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1153125939
Date  01/11/2019

Pay this Amount

**\*\* NON-NEGOTIABLE\*\* DIRECT DEPOSIT RECEIPT \*\***

VOID \*\* VOID \*\*

DIRECT DEPOSIT  $607.64
TO ACCOUNT #  XXXXX5757
BANK #  XXXXX0013

Pay to the Order of   CORY S DAVIS     221360101  DD
722 FOUR SEASONS BLVD
AURORA IL 60504

**NON-NEGOTIABLE**

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



CORY S DAVIS
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period  01/06/2019
to  01/19/2019
with a pay date of  Jan 25, 2019

### EMPLOYEE AND TAX INFO

Paycor  EEID  5028-5666-3340-3

Employee # 16761
Department # 221360101
SSN: ***-**-8973

FITWH   S 0 + $30.00
IL      M 3

### OTHER INFO

Direct Deposit #  1153971935

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 100.00 | 2,359.00 | 136.26 | 3,214.37 | Dental | 11.30 | 22.60 | FITWH | 344.32 | 444.75 |
| | | | | | | Medical | 46.15 | 92.30 | MED | 33.33 | 44.86 |
| | | | | | | Vision | 2.64 | 5.28 | SOC | 142.53 | 191.84 |
| | | | | | | | | | IL | 100.80 | 127.17 |
| NET 1,677.93 | TOTALS | 100.00 | 2,359.00 | 136.26 | 3,214.37 | | 60.09 | 120.18 | | 620.98 | 808.62 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1153971935
Date  01/25/2019

Pay this Amount

**\*\* NON-NEGOTIABLE\*\* DIRECT DEPOSIT RECEIPT \*\***   VOID \*\* VOID \*\*

Pay to the Order of         CORY S DAVIS       221360101  DD
                            722 FOUR SEASONS BLVD
                            AURORA IL 60504

DIRECT DEPOSIT  $1,677.93
TO ACCOUNT #    XXXXX5757
BANK #          XXXXX0013

**NON-NEGOTIABLE**

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



**CORY S DAVIS**
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period **01/20/2019**
to **02/02/2019**
with a pay date of **Feb 8, 2019**

**EMPLOYEE AND TAX INFO**       *Paycor* EEID 5028-5666-3340-3

Employee # 16761         FITWH      S 0 + $30.00
Department # 221360101   IL         M 3
SSN:  ***-**-8973

**OTHER INFO**       Direct Deposit #   1154805039

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 100.00 | 2,359.00 | 236.26 | 5,573.37 | Dental | 11.30 | 33.90 | FITWH | 344.32 | 789.07 |
|  |  |  |  |  |  | Medical | 46.15 | 138.45 | MED | 33.33 | 78.19 |
|  |  |  |  |  |  | Vision | 2.64 | 7.92 | SOC | 142.53 | 334.37 |
|  |  |  |  |  |  |  |  |  | IL | 100.80 | 227.97 |
| **NET** 1,677.93 | TOTALS | 100.00 | 2,359.00 | 236.26 | 5,573.37 |  | 60.09 | 180.27 |  | 620.98 | 1,429.60 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

CHESTNUT LAND COMPANY
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1154805039
Date    02/08/2019

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **        VOID ** VOID **

DIRECT DEPOSIT  $1,677.93
TO ACCOUNT #    XXXXX5757
BANK #          XXXXX0013

**NON-NEGOTIABLE**

Pay to the Order of     **CORY S DAVIS**     221360101   DD
722 FOUR SEASONS BLVD
AURORA IL 60504

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



CORY S DAVIS
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period **02/03/2019**
to **02/16/2019**
with a pay date of **Feb 22, 2019**

### EMPLOYEE AND TAX INFO

Paycor EEID 5028-5666-3340-3

Employee # 16761
Department # 221360101
SSN: ***-**-8973

FITWH  S 0 + $30.00
IL     M 3

### OTHER INFO

Direct Deposit # 1155712940

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 100.00 | 2,359.00 | 336.26 | 7,932.37 | Dental | 11.30 | 45.20 | FITWH | 344.32 | 1,133.39 |
| | | | | | | Medical | 46.15 | 184.60 | MED | 33.33 | 111.52 |
| | | | | | | Vision | 2.64 | 10.56 | SOC | 142.53 | 476.90 |
| | | | | | | | | | IL | 100.80 | 328.77 |
| **NET** 1,677.93 | TOTALS | 100.00 | 2,359.00 | 336.26 | 7,932.37 | | 60.09 | 240.36 | | 620.98 | 2,050.58 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

CHESTNUT LAND COMPANY
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1155712940
Date 02/22/2019

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

DIRECT DEPOSIT $1,677.93
TO ACCOUNT # XXXXXX7799
BANK # XXXXX1891

**NON-NEGOTIABLE**

Pay to the
Order of

221360101  DD

CORY S DAVIS
722 FOUR SEASONS BLVD
AURORA IL 60504

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



**CORY S DAVIS**
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period  02/17/2019
to  03/02/2019
with a pay date of  Mar 8, 2019

### EMPLOYEE AND TAX INFO

Paycor EEID 5028-5666-3340-3

Employee # 16761
Department # 221360101
SSN: ***-**-8973

FITWH   S 0 + $30.00
IL      M 3

### OTHER INFO

Direct Deposit # 1156630226

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 88.00 | 2,075.92 | 424.26 | 10,008.29 | Dental | 11.30 | 56.50 | FITWH | 344.32 | 1,477.71 |
| Sick | 23.59 | 12.00 | 283.08 | 12.00 | 283.08 | Medical | 46.15 | 230.75 | MED | 33.33 | 144.85 |
| | | | | | | Vision | 2.64 | 13.20 | SOC | 142.53 | 619.43 |
| | | | | | | | | | IL | 100.80 | 429.57 |
| **NET** 1,677.93 | TOTALS | 100.00 | 2,359.00 | 436.26 | 10,291.37 | | 60.09 | 300.45 | | 620.98 | 2,671.56 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1156630226
Date  03/08/2019

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

DIRECT DEPOSIT  $1,677.93
TO ACCOUNT #  XXXXXX7799
BANK #  XXXXX1891

Pay to the Order of      221360101   DD
**CORY S DAVIS**
722 FOUR SEASONS BLVD
AURORA IL 60504

**NON-NEGOTIABLE**

**CHESTNUT LAND COMPANY**
7629 MARKET ST STE 200
BOARDMAN OH 44512



CORY S DAVIS
722 FOUR SEASONS BLVD
AURORA IL 60504

Check stub for the period **03/03/2019**
to **03/16/2019**
with a pay date of **Mar 22, 2019**

### EMPLOYEE AND TAX INFO

*Paycor* EEID 5028-5666-3340-3

Employee # 16761
Department # 221360101
SSN: ***-**-8973

FITWH    S 0 + $30.00
IL       M 3

### OTHER INFO

Direct Deposit # 1157468178

| BI-WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 23.59 | 15.05 | 355.03 | 439.31 | 10,363.32 | Dental | | 56.50 | FITWH | 113.00 | 1,590.71 |
| Sick | | | | 12.00 | 263.08 | Medical | | 230.75 | MED | 13.05 | 157.90 |
| PTO | 23.59 | 23.10 | 544.93 | 23.10 | 544.93 | Vision | | 13.20 | SOC | 55.80 | 675.23 |
| | | | | | | | | | IL | 31.55 | 461.12 |
| **NET 686.56** | TOTALS | 38.15 | 899.96 | 474.41 | 11,191.33 | | | 300.45 | | 213.40 | 2,884.96 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

CHESTNUT LAND COMPANY
7629 MARKET ST STE 200
BOARDMAN OH 44512

Direct Deposit # 1157468178
Date    03/22/2019

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

DIRECT DEPOSIT $686.56
TO ACCOUNT #    XXXXXX7799
BANK #          XXXXX1891

**NON-NEGOTIABLE**

Pay to the
Order of

221360101   DD

CORY S DAVIS
722 FOUR SEASONS BLVD
AURORA IL 60504