2028.8888R/CMR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | No. 19-22865 |
| AMRITA PATEL and | ) | Chapter 7 |
| CORY DAVIS, | ) | |
|     Debtors. | ) | |
| ------------------------------------------------ | ) | Honorable Judge Janet S. Baer |
| DUPAGE CREDIT UNION, | ) | |
|     Creditor/Plaintiff, | ) | Adversary No. 19-00981 |
| | ) | |
| v. | ) | |
| | ) | |
| CORY DAVIS, | ) | |
|     Debtor/Defendant. | ) | |

**NOTICE OF HEARING**

TO:    David M. Siegel, *Attorney at Law*, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090 – *Via CM/ECF Notification*

          Cory Davis, *Debtor/Defendant*, 722 Four Seasons Blvd., Aurora, IL 60504 – *Via Regular Mail*

cc:    Amrita Patel, *Debtor*, 722 Four Seasons Blvd., Aurora, IL 60504 – *Via Regular Mail*

    YOU ARE HEREBY NOTIFIED that on **Friday**, the **18th** day of **September 2020** at **11:00 a.m.,** I shall appear before her Honor, **Judge Janet S. Baer**, or such Judge as may be holding court in her absence, in the courtroom usually occupied by her, in the **U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, Kane County Courthouse, Courtroom 240, 100 S. Third Street, Geneva, Illinois 60134**, and shall then and there present the attached **Petition for Attorney's Fees and Expenses** on behalf of Creditor DuPage Credit Union, a copy of which is attached hereto and served herewith upon you, at which time and place you may appear if you see fit to do so. **PLEASE NOTE THAT WE WILL BE APPEARING TELEPHONICALLY BY COURT SOLUTIONS, https://www.court-solutions.com/.**

                                            By:    /s/ Christine M. Ryan
                                                             Christine M. Ryan, Attorney for Creditor
                                                              DuPage Credit Union

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record named above.

And I hereby certify that I have mailed by United States Postal Service, Regular Mail, and the documents to the following non-CM/ECF participant, Cory Davis, Debtor/Defendant, 722 Four Seasons Blvd., Aurora, IL 60504.

                                    /s/ Christine M. Ryan
                              Christine M. Ryan (6276787)
              Attorney for Creditor DuPage Credit Union
                                Esp Kreuzer Cores LLP
                      400 S. County Farm Road, Suite 200
                                  Wheaton, IL 60187
                                    630/871-1002
                                  630/871-0224 fax
                                cryan@ekclawfirm.com

2028.8888R/CMR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | No. 19-22865 |
| AMRITA PATEL and ) | Chapter 7 |
| CORY DAVIS, ) | |
| Debtors. ) | |
| ------------------------------------------- ) | Honorable Judge Janet S. Baer |
| DUPAGE CREDIT UNION, ) | |
| Creditor/Plaintiff, ) | Adversary No. 19-00981 |
| ) | |
| v. ) | |
| ) | |
| CORY DAVIS, ) | |
| Debtor/Defendant. ) | |

**PETITION FOR ATTORNEY'S FEES AND EXPENSES**

NOW COMES Petitioner ESP KREUZER CORES LLP, counsel of record for Creditor/Plaintiff DUPAGE CREDIT UNION, and petitions this Honorable Court for attorney's fees and costs, and in support thereof states as follows:

1. On or about September 10, 2019, Creditor/Plaintiff DUPAGE CREDIT UNION retained the services of ESP KREUZER CORES LLP for legal representation in the instant adversary proceeding.

2. Christine M. Ryan of ESP KREUZER CORES LLP is the principal attorney entrusted with this case, and the agreed charges for her time are at the flat fee rate of $1,500.00 per hour for time spent prosecuting this case plus costs. This rate represents Christine M. Ryan's expertise and standards established by custom and wage in the community at large.

3. In connection with the representation of Creditor/Plaintiff by ESP KREUZER CORES LLP in this matter, certain necessary professional services were rendered.

4. The total fees and costs advanced to August 12, 2020 amount to $2,310.00 and the hourly expenditures of time were necessary and reasonable in light of the nature and complexity

of the instant matter.

5.  ESP KREUZER CORES LLP is entitled to be compensated for its attorney fees and costs advanced in this case. The flat fee rate is based upon the novelty and difficulty of the questions involved; the skill required to perform the legal services properly; the preclusion of other employment because of this engagement; the results obtained; the time limitations imposed by the client and the circumstances; the nature and length of the professional relationship with the client; and the experience, reputation, and ability of the lawyer performing the services.

6.  Attached is the sworn Affidavit of Christine M. Ryan in support of this petition. The total services rendered by ESP KREUZER CORES LLP amount to $2,310.00 and consist of $1,500.00 attorney fees and $810.00 costs/expenses. (See **Exhibit A** attached hereto.)

WHEREFORE, Petitioner ESP KREUZER CORES LLP respectfully requests this Honorable Court enter an Order granting attorney fees and costs in this amount of $2,310.00 to August 12, 2020, and such other and further relief as this Court may deem reasonable and just.

Respectfully submitted,

Attorney for Creditor/Plaintiff/Petitioner

Douglas J. Esp / Christine M. Ryan
**ESP KREUZER CORES LLP**
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630-871-1002
630-871-0224 Fax
espgroup@ekclawfirm.com

2028.8888R/CMR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | No. 19-22865 |
| AMRITA PATEL and | ) | Chapter 7 |
| CORY DAVIS, | ) | |
|     Debtors. | ) | |
| --------------------------------------------- | ) | Honorable Judge Janet S. Baer |
| DUPAGE CREDIT UNION, | ) | |
|     Creditor/Plaintiff, | ) | Adversary No. 19-00981 |
| | ) | |
| v. | ) | |
| | ) | |
| CORY DAVIS, | ) | |
|     Debtor/Defendant. | ) | |

**ATTORNEY'S AFFIDAVIT OF PROVE-UP**

I, CHRISTINE M. RYAN, an attorney with ESP KREUZER CORES LLP, attorneys for Creditor/Plaintiff DUPAGE CREDIT UNION, in support of Petition for Attorney's Fees and Costs herein, do hereby state on oath that I have personal knowledge of the following facts, and do, therefore, certify as follows:

    1.    The following court costs and expenses incurred through August 12, 2020 by the Creditor/Plaintiff herein and ought to be assessed as costs and expenses as provided in the instant matter:

| | |
|---|---|
| Circuit Court – Filing Fees | $ 350.00 |
| Hunt & Hunt – Special Process Server | $ 270.00 |
| Court Solutions – Telephonic court appearance fees | $ 190.00 |
| Reasonable Attorney Fees | $1,500.00 |
| TOTAL: | $2,310.00 |

(See **Group Exhibit 1** attached hereto.)

    2.    That the attorney's fees stated in Paragraph 1 above will be received by and retained by ESP KREUZER CORES LLP as their fees in this cause and the request for attorney's fees is reasonable in that:

    a.    The total sum charged for legal services rendered was based upon the experience,

*A*

        reputation and ability of the lawyer(s) performing the services; the skill requisite to perform the services properly; and the fees customarily charged in DuPage and Kane counties in Illinois for like services.

b. The time charged was reasonable required to perform the legal services actually rendered.

c. The amount at issue and the results obtained bear a reasonable relationship to the fee claimed.

FURTHER AFFIANT SAYETH NAUGHT.

                              ESP KREUZER CORES LLP

                              Christine M. Ryan
                              ESP KREUZER CORES LLP
                              400 S. County Farm Road, Suite 200
                              Wheaton, IL 60187
                              630-871-1002
                              630-871-0224 Fax
                              espgroup@ekclawfirm.com

STATE OF ILLINOIS    )
                           ) ss
COUNTY OF DUPAGE  )

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure and applicable laws of the United States Bankruptcy Court, the undersigned certifies that the statements set forth in this Affidavit are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

                              Christine M. Ryan
                              ESP KREUZER CORES LLP

SUBSCRIBED AND SWORN TO before me this 12th day of August 2020.

NOTARY PUBLIC

"OFFICIAL SEAL"
BRIANNA R. SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/9/2021

**ESP KREUZER CORES LLP**
400 S. County Farm Road, Suite 200
Wheaton, IL 60187
630/871-1002
Fax 630/871-0224
Federal Tax ID No. 36-4060176

DuPage Credit Union                                        Account No. 2028-8888M
1515 Bond Street                                                             Page 1
Naperville, IL 60563

DuPage Credit Union v. Cory Davis

### FEES

**Hours**

| Date | | Description | Hours |
|---|---|---|---|
| 09/10/2019 | CMR | Review correspondence from / correspondence to Ms. Dedic regarding potential Chapter 7 Bankruptcy objection due to false statement / misrepresentation on loan application. | 00.20 |
| 10/17/2019 | CMR | Prepare Adversary Complaint / Objection to Discharge with supporting documents, attorney appearance, and request for notices. | 00.90 |
| 10/24/2019 | CMR | Extended telephone conference with debtor's attorney regarding pending adversary proceeding and pay stubs to be produced. | 00.30 |
| 10/30/2019 | CMR | Review correspondence from investigator Hunt regarding efforts to serve Adversary Complaint on debtor Davis and his bankruptcy attorney. | 00.20 |
| 11/11/2019 | CMR | Review/analyze debtor's tax and payroll documents and statement of debtor's attorney regarding income reporting to bankruptcy court. | 00.30 |
| 11/11/2019 | CMR | Correspondence to Ms. Delaney regarding pending adversary proceeding and debtor's tax and payroll proofs of income. | 00.20 |
| 12/13/2019 | CMR | Appear for/attend bankruptcy court hearing on adversary proceeding. | 01.00 |
| 01/06/2020 | CMR | Review/analyze debtor's amended bankruptcy statement of financial affairs. | 00.10 |



Account 2028-8888M
Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/22/2020 | CMR | Review/analyze debtors' Answer to Complaint. | 00.10 |
| 01/22/2020 | CMR | Telephone conference with debtor regarding pending adversary proceeding and amended statement of financial affairs filed with court. | 00.30 |
| 01/31/2020 | CMR | Appear for/attend bankruptcy court hearing on adversary proceeding and potential settlement. | 01.00 |
| 01/31/2020 | CMR | Review/analyze attorney appearance for debtor in adversary proceeding and amended Answer to Complaint with supporting documents. | 00.50 |
| 02/12/2020 | CMR | Review correspondence from / correspondence to debtor's attorney regarding pending adversary proceeding. | 00.20 |
| 04/17/2020 | CMR | Appear for/attend telephonic bankruptcy court hearing for status on adversary proceeding, #477 on court calendar. | 01.10 |
| 05/28/2020 | CMR | Review/analyze debtor's Motion to Dismiss adversary proceeding. | 00.30 |
| 05/28/2020 | CMR | Prepare Response in Objection to debtor's Motion to Dismiss adversary proceeding. | 00.30 |
| 05/28/2020 | CMR | Review correspondence from / correspondence to Ms. Dedic regarding status on adversary proceeding. | 00.10 |
| 05/29/2020 | CMR | Appear for/attend telephone bankruptcy court hearing on debtor's Motion to Dismiss. | 00.50 |
| 05/29/2020 | CMR | Correspondence to Ms. Dedic regarding court hearing and debtor to file response to objection to Motion to Dismiss and pending status hearing. | 00.10 |
| 06/19/2020 | CMR | Review/analyze debtor's reply to objection to Motion to Dismiss. | 00.20 |
| 07/10/2020 | CMR | Appear for/attend bankruptcy court hearing for status on adversary proceeding. | 00.80 |

Account 2028-8888M
Page 3

| Date | | Description | Hours |
|---|---|---|---|
| 07/13/2020 | CMR | Correspondence to/review correspondence from Ms. Delaney regarding status on adversary proceeding and negotiations for resolution. | 00.30 |
| 07/13/2020 | CMR | Correspondence to debtor's attorney regarding demand for reimbursement of attorney fees and court costs to resolve pending adversary proceeding. | 00.20 |
| 07/29/2020 | CMR | Review correspondence from/prepare correspondence to debtor's attorney regarding continuing negotiations on resolution of adversary proceeding. | 00.10 |
| 08/07/2020 | CMR | Appear for/attend bankruptcy court hearing for status on adversary proceeding. | 00.50 |
| 08/12/2020 | CMR | Prepare fee petition with supporting documents. | 00.70 |
| *09/18/2020* | CMR | Appear for/attend bankruptcy court hearing for status on adversary proceeding. | |

TOTAL HOURS:    10.50

**TOTAL FLAT FEE – ADVERSARY PROCEEDING:    $1,500.00**

**COSTS/EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 10/21/2019 | United States Bankruptcy Court – fee to file Adversary Complaint | $350.00 |
| 10/28/2019 | Hunt & Hunt – fee for service of Summons, debtor and attorney | $270.00 |
| 04/17/2020 | Court Solutions – fee to attend telephonic court hearing | $ 70.00 |
| 07/10/2020 | Court Solutions – fee to attend telephonic court hearing | $ 70.00 |
| 08/07/2020 | Court Solutions – fee to attend telephonic court hearing | $ 50.00 |
| *09/18/2020* | Court Solutions – fee to attend telephonic court hearing | |

TOTAL COSTS/EXPENSES:    $810.00

**TOTAL COSTS/EXPENSES:    $810.00**

**TOTAL FEE AND COSTS/EXPENSES:    $2,310.00**

# U.S. Bankruptcy Court
# Northern District of Illinois

Thank you. Your transaction in the amount of $ 350.00 has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **40820515**.

**Detail description:**
Complaint(19-00981) [cmp,cmp] ( 350.00)

**K. HUNT & R. HUNT**
23051 OAKLAND DR.
STEGER, IL. 60475
(708) 757-4111



# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/28/2019 | 16755 |

**When Not Served is Not an Option!**

*ESP, KREUZER & CORES, LLP.*
*400 S. COUNTY FARM RD. #200*
*WHEATON, IL. 60187*
   *ATTN: BRIANNA SMITH*

**CASE NAME / SERVICE INFO**

DUPAGE CREDIT UNION
VS.
CORY DAVIS &
SIEGEL & ASSOCIATES

**DUE UPON RECEIPT**

| DESCRIPTION | PRICE EACH | QTY | TOTAL |
|---|---:|---|---:|
| PERSONAL SERVICE AND/OR SPECIAL REQUESTS PLACED ON SERVICE (RULES, SUBPOENAS, SOME SUMMONS, ORDERS, ETC.) - CORY | 100.00 | | 100.00 |
| DETECTIVES TIME (EXTRA ATTEMPTS AND DISTANCE OVER 50 MILES ONE WAY) | 90.00 | | 90.00 |
| SERVICE OF SUMMONS/CITATION - SIEGEL & ASSOC. | 80.00 | | 80.00 |
| BOTH DOCUMENTS SERVED. SEE ATTACHED AFFIDAVITS AND REPORT. | | | |

**THANK YOU!**

**Total** $270.00

## Brianna Smith

**From:** NoReply@Court-Solutions.com
**Sent:** Friday, April 17, 2020 10:52 AM
**To:** Brianna Smith
**Subject:** CourtSolutions LLC Transaction Invoice

## CourtSolutions Receipt

Case Name: DuPage Credit Union v. Cory Davis.
Case Number: 19-00981
Judge: Janet Baer
Date and Time of Hearing: 4/17/2020 11:00 AM CST

### Billing Information
Christine Ryan
Esp Kreuzer Cores LLP
400 S. County Farm Road, Suite 200, Wheaton, IL 60187, United States
bsmith@ekclawfirm.com

**CC Number: XXXX5582**

**Total: $70.00**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will not incur any additional charges as long as you reuse this same reservation. The reservation works the entire calendar day. If the hearing is continued to another day, you need to make a new reservation and will be subject to a new fee.

Date/Time: 4/17/2020 11:51:33 AM

1

**Brianna Smith**

| | |
|---|---|
| From: | NoReply@Court-Solutions.com |
| Sent: | Friday, July 10, 2020 10:57 AM |
| To: | Brianna Smith |
| Subject: | CourtSolutions LLC Transaction Invoice |

## CourtSolutions Receipt

Case Name: DuPage Credit Union v. Cory Davis.
Case Number: 19-00981
Judge: Janet Baer
Date and Time of Hearing: 7/10/2020 11:00 AM CST

**Billing Information**
Christine Ryan
Esp Kreuzer Cores LLP
400 S. County Farm Road, Suite 200, Wheaton, IL 60187, United States
bsmith@ekclawfirm.com

**Total: $70.00**
**CC Number: XXXX5582**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will not incur any additional charges as long as you reuse this same reservation. The reservation works the entire calendar day. If the hearing is continued to another day, you need to make a new reservation and will be subject to a new fee.

Date/Time: 7/10/2020 11:56:35 AM

1

**Brianna Smith**

| | |
|---|---|
| **From:** | NoReply@Court-Solutions.com |
| **Sent:** | Friday, August 07, 2020 10:45 AM |
| **To:** | Brianna Smith |
| **Subject:** | CourtSolutions LLC Transaction Invoice |

## CourtSolutions Receipt

Case Name: DuPage Credit Union v. Cory Davis.
Case Number: 19-00981
Judge: Janet Baer
Date and Time of Hearing: 8/7/2020 11:00 AM CST


**Billing Information**
Christine Ryan
Esp Kreuzer Cores LLP
400 S. County Farm Road, Suite 200, Wheaton, IL 60187, United States
bsmith@ekclawfirm.com

**Total: $50.00**
**CC Number: XXXX5582**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will not incur any additional charges as long as you reuse this same reservation. The reservation works the entire calendar day. If the hearing is continued to another day, you need to make a new reservation and will be subject to a new fee.

Date/Time: 8/7/2020 11:44:46 AM

1