UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re: <br> Amrita Patel & Cory Davis | | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 19-22865 <br><br> Chapter: 7 <br><br> Honorable Janet S. Baer <br><br> Kane |
| DuPage Credit Union | Debtor(s) | ) <br> ) <br> ) | Adv. No.: 19-00981 |
| Cory Davis | Plaintiff(s) | ) <br> ) <br> ) <br> ) | |
| | Defendant(s) | ) | |

**ORDER DISMISSING ADVERSARY CASE**

THIS MATTER coming to be heard on the Motion to Dismiss Entire Amended Complaint Under Rule 12(c) of the Defendant, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Adversary Proceeding, 19-00981 is dismissed.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 18, 2020

**Prepared by:**

Alexander Preber, A.R.D.C. #6324520
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100